UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS, on behalf of himself and all
other persons similarly situated,

Plaintiff,

v.

KATE OF TOKYO INC., d/b/a LASH-BAR
TOKYO FOULA, and 120-22 W 25 STREET
LLC,

Defendants.

25-CV-9919 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On December 2, 2025, the Court ordered the parties to submit a joint letter by January 16, 2026 requesting that the Court either (1) refer the case to mediation or a magistrate judge (and indicate a preference between the two options), or (2) schedule an initial status conference in the matter. No such letter has been received.

The parties shall submit their joint letter no later than April 24, 2026. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:       April 6, 2026
             New York, New York

_____
Ronnie Abrams
United States District Judge